NO. 07-01-0063-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JULY 3, 2001

______________________________

SWITCHCRAFT, INC., APPELLANT

V.

WESTGUARD COMPONENTS GROUP, INC., APPELLEE

_________________________________

FROM THE 251
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 46,565-C; HONORABLE PATRICK PIRTLE, JUDGE

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

On February 7, 2001, the clerk of this court received a copy of a Notice of Appeal from a Judgment in Cause No. 46,565-C in the 251
st
 District Court of Randall County, Texas.  The Judgment was signed on January 8, 2001.  The Notice of Appeal was filed on behalf of appellant Switchcraft, Inc. 

On March 8, 2001, the clerk of this court received and filed the clerk’s record and on April 5, 2001 two volumes of the reporter’s record were received and filed. 

The time for filing appellant’s brief was May 7, 2001.  Appellant’s brief was not received by such date and no motion to extend time to file the brief was filed.  

By letter dated June 11, 2001, appellant was advised that appellant’s brief had not been filed and that unless a response showing good cause for continuing the appeal was received within 10 days, the appeal would be subject to dismissal.  No response has been received to the letter of June 11, 2001.  Neither appellant’s brief nor a motion to extend time for filing the brief have been filed.  

Accordingly, this appeal is dismissed.  
Tex. R. App. P.
 42.3, 43.2(f).  Costs are taxed to appellant.  
Tex. R. App. P.
 43.4.  

Per Curiam

Do not publish.